1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                    FOR THE DISTRICT OF ARIZONA
8
9    James Edward Gilmore,            )    No. CV-06-2725-PHX-FJM
                                      )
10              Petitioner,           )    **ORDER**
                                      )
11   vs.                             )
                                      )
12                                   )
     Franco, et al.,                 )
13                                   )
                Respondents.         )
14                                   )
                                      )
15   ────────────────────────────────)
16

17        The court has before it Petitioner's Petition for Writ of Habeas Corpus pursuant to 28
18   U.S.C. § 2254 (doc. 1), Respondents' answer (doc. 10), and the Report and Recommendation
19   of the United States Magistrate Judge (doc. 11).   No objection to the Report and
20   Recommendation was filed.
21        The court accepts the recommended decision of the United States Magistrate Judge
22   pursuant to Rule 8(b), Rules Governing § 2254 Cases.  We note a typographical error in the
23   Magistrate Judge's order, which states, "the trial court did violate Petitioner's Sixth
24   Amendment rights when it enhanced Petitioner's sentence based on the prior conviction that
25   he admitted in his plea agreement."  R & R at 7.  Based on the consistent analysis in the
26   Report and Recommendation in recommending the denial of the habeas petition, including
27   the Magistrate Judge's correct conclusion that the "[u]se of a prior felony conviction as an
28

1   aggravating factor is permissible under <u>Blakely</u>," <u>id.</u>, it is clear that the sentence was intended

2   to read, "the trial court did [not] violate Petitioner's Sixth Amendment rights."

3   　　　　Therefore, **IT IS ORDERED DENYING** the Petition for Writ of Habeas Corpus

4   (doc. 1).

5   　　　　DATED this 7th day of August, 2007.

6

7

8

9   　　　　　　　　　　　　　　　　　Frederick J. Martone

10   　　　　　　　　　　　　　　　　United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28